# EXHIBIT A

MM17-21-671

WARRANT OF ARREST or CAPIAS – C.C.P., Arts. 15.01 – 15.02

IN THE MAGISTRATE COURT
of Williamson County

# WARRANT OF ARREST

Cause No. _____

Bond Amount        $ _____   BOND TO BE SET BY MAGISTRATE
Fine & Cost Amount $ _____
Warrant Fee        $ _____
Total              $ _____

## THE STATE OF TEXAS
vs.

# Jeremy Wade Story

**Address:** 2665 Ravenwood, Round Rock, Texas 78665
**Race:** White   **Sex:** Male   **Height:** 601   **Weight:** 150   **Hair:** Brown   **Eyes:** Green
**DOB:** 06-20-1975   **ID/DL #** TX-14366798
**Social Security #** 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   **Other ID Info or Notes:**

### THE STATE OF TEXAS

To any Peace Officer of the State of Texas, Greetings:

You are hereby commanded to arrest the above named **Jeremy Wade Story** if to be found in your County, and bring him before me, a Magistrate of Williamson County, Texas, at my office in said County, immediately, then and there to answer to the State of Texas for an offense occurring on or about the 16th day of August, 2021, against the laws of said State, to-wit:

# Hindering Proceedings by Disorderly Conduct
### Class A Misdemeanor

of which offense he is accused by the written complaint under oath or affirmation of Lauren Griffith, Round Rock ISD Police Officer #526, filed before me.

Herein fail not, but of this writ make due return, showing how you have executed the same.
Witness my official signature this __17__ day of September 17, A.D., 2021.

Round Rock ISD case # 21-0817-0001

_____ Magistrate, Williamson County, Texas

### PEACE OFFICER RETURN

Came to hand __SEP 17 2021__, and executed on the ____ day of _____, A.D., 20___, at _____ o'clock ___M., by arresting the within named **Jeremy Wade Story** in _____, and placing her in the county jail of Williamson County, Texas.

I actually and necessarily traveled _____ miles in the service of this writ, in addition to any other mileage I may have traveled in the service of other process in this cause during the same trip.

FEES – Executing/Processing Arrest Fee   $ 50.00
Mileage _____ Miles .................. $ _____
Making Bond ........................... $ _____
Commitment ............................ $ _____
Release ............................... $ _____
Total ................................. $ _____

Michael T. Gleason
Williamson County, Texas Peace officer
SUBJECT SERVED AT WCSO JAIL DATE: 9/17/2021

(Law Enforcement Agency / Department)

SEP 17 2021 03:33 PM WILCO WTS

MMA-21-671

Cause Number _____

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE JUSTICE COURT |
| | X | PCT OR CC AT |
| | X | LAW #_____. |
| COUNTY OF WILLIAMSON | X | WILLIAMSON COUNTY, TEXAS |

## AFFIDAVIT FOR WARRANT OF ARREST AND DETENTION

The undersigned Affiant, who after being duly sworn by me, on oath, makes the following statement:

I have good reason to believe, and do believe, that **Jeremy Wade Story,** on or about the **16th** day of **August 2021,** in Williamson County, Texas, did there and then knowingly or intentionally commit the offense of: **Hindering Proceedings by Disorderly Conduct PC 38.13.**

My belief of the foregoing statement is based upon:
_____ Personal Knowledge
**XXXX** Information provided to me by **RRISDPD Sgt. Milton Pope**, a credible person who personally observed or gathered such information.

Facts supporting my belief of the foregoing statement are as follows:

1. Affiant is a Detective Sergeant for the Round Rock ISD Police Department and has been employed at RRISDPD since September 2020. Affiant was assigned this case and learned the following information.
2. Affiant knows that on August 16, 2021, Jeremy Story attended a Round Rock Independent School District Board Meeting located at Round Rock High School 100 Lecture Hall (300 N. Lake Creek Drive, Round Rock, TX 78681.
3. Affiant learned that at approximately 8:35 p.m., Story was called upon by the Board of Trustees to speak at the podium on the subject of the mask mandate. Affiant learned RRISD Board of Trustee President Amy Weir informed Story he was attending a called meeting and would only be able to speak about the items on the agenda, specifically the mask mandate. Affiant learned Story acknowledged President Weir and advised President Weir he agreed. Affiant learned during the duration of Story's time to speak, RRISD Board of Trustee President Amy Weir instructed Story to stop speaking on unrelated topic's and to only discuss the mask mandate. Affiant learned while Story was discussing the unrelated topics, Story had several outbursts. Affiant learned after several verbal warnings from RRISD Board of Trustee President Amy Weir, Story continued to have verbal outbursts. Affiant learned RRISD Board of Trustee President Amy Weir requested for Story to be removed from the board room for hindering and disturbing the board proceedings.
4. Affiant learned Sgt. Pope and RRISD Officer Frank Pontillo approached Story and made several verbal requests for Story to leave the board room. Affiant learned Story refused to leave the board meeting.
5. Affiant learned Sgt. Pope and Officer Pontillo had to forcibly remove Story from the board room. Affiant learned while being forcibly removed from the board meeting, Story continued to resist Officers, yell, and scream causing a major disruption during the board meeting.

6. Affiant learned after Story was removed from the board meeting room, Story continued to be disruptive in the lobby where the overflow seating was located. Affiant learned because Story continued to be verbally loud, verbally disruptive, and uncooperative with Officers in the lobby where other citizens were watching the meeting live streamed, Story was escorted out of the building.

The Affiant is a Commissioned Peace Officer for the Round Rock Independent School District Police Department, Round Rock, Williamson County, Texas and believes that the above described events occurred in Williamson County, Texas. The Affiant also believes, based on the above stated facts, that the defendant has committed the offense of **Hindering Proceedings by Disorderly Conduct PC 38.13**.

_____
Affiant

SWORN AND SUBSCRIBED TO before me by **Detective Sergeant Lauren Griffith**, a credible person, on this **17th** day of **September, 2021**.

_____
Peace Officer / Notary Public in and for Williamson County, Texas.

On This, the **17** day of **Sept**, **2021**, I hereby acknowledge I have examined the foregoing affidavit and have determined that probable cause does exist for the issuance of a warrant of arrest for the individual accused therein.

_____
Magistrate,
Williamson County, Texas.

MMA-21-674

## Hindering Procedings By Disorderly Conduct

OF IN THE NAME AND BY THE AUTHORITY THE STATE OF TEXAS:

I, **Sgt. Lauren Griffith #526**, being duly sworn, do state upon my oath that I have good reason to believe, I do believe, and I charge heretofore, that before the filing of this complaint, that **Jeremy Wade Story (W/M DOB 6-20-1975)** on or about the **16th** day of **August, 2021**, in Williamson County, Texas, did Intentionally hinder an offical proceding by noise or violent or tumultuous behavior or disturbance and continued after explicit offical request to desist.

**AGAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS.**

_____
Complainant

SWORN AND SUBSCRIBED before me by **Sgt. Lauren Griffith #526**, a credible person, this **17th** day of **September, 2021.**

_____
Notary Public / Peace Officer
in and for
Williamson County, Texas

_____
Magistrate
Williamson County, Texas

Round Rock ISD PD Case #: **21-0817-0001**

# EXHIBIT B1



# MEMORANDUM
# Williamson County Sheriff's Office

**Date:** March 8, 2021

**To:** All Law Enforcement Agencies

**From:** Kathleen Pokluda, Assistant Chief Deputy

**Subject:** Change of Intake Location

---

We have recently obtained Rapid COVID-19 tests to assist in the identification of arrestees during the intake process that may be positive without exhibiting signs and symptoms. The added capability of doing this will allow us to change our intake location back to the "new sallyport". Effective immediately, intake will not be accepted through the "old sallyport." Incoming arrestees will be processed in the pre-covid sallyport/booking area and the intake process will not change; however, all incoming inmates will be asked to submit to a COVID-19 test during the medical intake. Inmates refusing the rapid test will be placed in quarantined. All other COVID-19 intake assessment procedures will continue. Any arrestee who tests positive on the rapid test, is running a fever or has indicators of possible COVID-19 will be quarantined.

All officers entering the facility are still required to wear a mask according to current protocols. Inmates will still be provided a mask and staff monitoring and compliance in wearing them will be continued.

**Arrests that will not be accepted into the facility are as follows:**
1. Traffic Offenses (misdemeanors)
2. Traffic warrants unless there is an Order of Commitment from the court that issued the warrant.
3. Any offense that can be issued a citation and released.
4. Any class C or B charge or warrant that does not involve acts of violence or place a person in danger.

**Arrests that will be accepted into the jail facility are as follows:**

1. Any Felony
2. Any Family Violence offense or other offense that involves violence against another person.
3. Driving While Intoxicated

This policy will be reviewed again on April 9, 2021, or as the situation warrants.

SO.211.21RR

Rev. 02/08/2021

197

# EXHIBIT B2



# MEMORANDUM
## Williamson County Sheriff's Office

**Date:** April 28, 2021

**To:** All Law Enforcement Agencies

**From:** Kathleen Pokluda, Assistant Chief Deputy

**Subject:** Accepting Intakes

---

Effective May 3, 2021 at 0800hrs, the jail will return to normal receiving and processing, accepting misdemeanor C and B charges and warrants. However, we will NOT be accepting traffic warrants at this time.

Officers entering the facility will be required to wear a mask and the arrestee will be provided with one upon intake. Covid 19 questions and screening will be initiated as part of the medical process. If an arrestee exhibits Covid 19 symptoms or has a temperature of 100 degrees or better, he/she will not be accepted without hospital clearance. Other medical conditions or injuries may require hospital clearance before acceptance.

Please feel free to contact me with any questions or concerns.


Kathleen A. Pokluda
Asst. Chief Deputy, Corrections



# EXHIBIT C
# Video of December 21, 2021, Williamson County Commissioners Court Meeting

DVD of video will be filed with clerk.

Also, video of the meeting is stored on the county's website.  Video can be found at:

https://williamsoncountytx.new.swagit.com/videos/150724