IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY STORY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1120-DII |
| BILL GRAVELL, et al., | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Defendants Williamson County Judge Bill Gravell, Williamson County Sheriff Mike Gleason, and Williamson County Deputies Brian Casey and Jason Briggs's ("Defendants") Motion to Dismiss Under Rule 12(b)(6), (Dkt. 11). (R. & R., Dkt. 18). Plaintiff Jeremy Story ("Story") timely filed objections to the report and recommendation. (Objs., Dkt. 20).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Story timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Story's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 18), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss, (Dkt. 11), is **GRANTED**.

**IT IS FURTHER ORDERED** that Story's claims against Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FINALLY ORDERED** that Story's claims against Williamson County Deputies Doe 1 and Doe 2 are **DISMISSED** for lack of service pursuant to Federal Rule of Civil Procedure 4(m).

The Court will enter final judgment by separate order.

**SIGNED** on July 1, 2024.

---
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE